```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      SOUTHERN DIVISION
```

LORI AND JOHN BINGHAM                                      PLAINTIFFS

VS.                               CIVIL ACTION NO. 1:06cv477-LTS-RHW

ALLSTATE INSURANCE COMPANY                                  DEFENDANT

## **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This cause came before the Court at the joint request of the Plaintiffs, John Bingham and Lori Bingham, and the Defendant, Allstate Insurance Company, for a judgment dismissing any and all of the Plaintiffs' claims whatsoever against the Defendant, Allstate Insurance Company.  The Court has been informed that any and all of the claims of John Bingham and Lori Bingham against the Defendant, Allstate Insurance Company, have been fully compromised and settled by the payment to the Plaintiffs, John Bingham and Lori Bingham, of a sum of money satisfactory to them, and that there remain no issues whatsoever to be litigated as to the claims of John Bingham and Lori Bingham against the Defendant, Allstate Insurance Company.

All parties have consented to the entry of this Judgment and, as evidenced by the signatures below of the parties' respective counsel of record, agree that any and all of the claims of the Plaintiffs, John Bingham and Lori Bingham, against the Defendant, Allstate Insurance Company, should be dismissed

with prejudice.  Therefore, the Court finds that any and all of the claims of the Plaintiffs, John Bingham and Lori Bingham, against the Defendant, Allstate Insurance Company, should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all of the claims of the Plaintiffs, John Bingham and Lori Bingham, against the Defendant, Allstate Insurance Company, should be and are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 24th day of January, 2007.

s/L. T. Senter, Jr.

L. T. Senter, Jr.

Senior Judge

AGREED AND CONSENTED TO:

/s/Ben F. Galloway

BEN F. GALLOWAY, ESQUIRE (MSB #4390)

ATTORNEY FOR PLAINTIFFS, JOHN BINGHAM

AND LORI BINGHAM


/s/Amanda B. Quave

WILLIAM C. GRIFFIN, ESQ. (MSB #5021)

AMANDA B. QUAVE, ESQ. (MSB #100804)

ATTORNEYS FOR ALLSTATE INSURANCE COMPANY